■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SIMS, Appellant. [910 NYS2d 666]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 22, 2002 (*People v Sims*, 293

AD2d 692 [2002]), affirming a judgment of the Supreme Court, Kings County, rendered June 21, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.